

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2016

No. 04-16-00688-CR

Frank Deon **PHILLIPS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9117
Honorable Pat Priest, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on November 23, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2016.

_____
Keith E. Hottle, Clerk